Edmund C. OLSON, as Trustee of the Edmund C. Olson Trust No.2, U/A Dated August 21, 1985, Plaintiff–Appellee,

v.

HAN KAMAKANI PHUA; Abel Simeona Lui, Defendants–Appellants.

No. 12–17180.

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2014.*

Filed Aug. 1, 2014.

Paul D. Alston, Esquire, Shellie Kiyomi Park–Hoapili, Alston Hunt Floyd & Ing, Pamela W. Bunn, Paul, Johnson, Park & Niles, Honolulu, HI, for Plaintiff–Appellee.

Han Kamakani Phua, Naalehua, HI, pro se.

Abel Simeona Lui, Pahala, HI, pro se.

Before: GOODWIN, CANBY, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Han Kamakani Phua and Abel Simeona Lui appeal pro se from the district court's order granting the Edmund C. Olson Trust's motion for attorney's fees and costs. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion an award of attorney's fees, and

review de novo the underlying legal analysis. *Tutor–Saliba Corp. v. City of Hailey*, 452 F.3d 1055, 1059–60 (9th Cir.2006). We affirm.

Contrary to appellants' contention, the Trust's motion for attorney's fees and costs was timely filed because it was filed before entry of judgment. *See* Fed. R.Civ.P. 54(d)(2)(B) ("Unless a statute or a court order provides otherwise, the motion [for attorney's fees] must . . . be filed no later than 14 days after the entry of judgment"); *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 889 (9th Cir.2000) (a Rule 54 motion for attorney's fees is expressly conditioned on an entry of judgment).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.